# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151888

IVAN FRANK, JEFFREY DWOSKIN, PHILLIP
D. JACOKES, ROY KRAUTHAMMER, BLAKE
ATLER, MATT KOVALESKI, JAMES BRUNK,
and IJF HOLDINGS, LLC,
        Plaintiffs-Appellees,

v

        SC: 151888
        COA: 318751
        Oakland CC: 2013-133554-CB

JOSHUA LINKNER, BRIAN HERMELIN,
CRACKERJACK, LLC, formerly known as
EPRIZE, LLC, CRACKERJACK HOLDINGS,
LLC, formerly known as EPRIZE HOLDINGS,
LLC, DAVID KATZMAN, GARY SHIFFMAN,
ARTHUR WEISS, CAMELOT-EPRIZE, LLC,
BH ACQUISITIONS, LLC, DANIEL GILBERT,
and JAY FARNER,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the April 7, 2015 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether MCL 450.4515(1)(e) constitutes a statute of repose, a statute of limitations, or both; and (2) when the plaintiffs' cause of action accrued.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016



Clerk

a0127